No. 74–116. PLACE *v.* WEINBERGER, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, ET AL. C. A. 6th Cir. Certiorari denied. MR. JUSTICE DOUGLAS, MR. JUSTICE STEWART, and MR. JUSTICE WHITE would grant certiorari. 

No. 74–117. INTERNATIONAL LONGSHOREMEN'S ASSO-CIATION, LOCAL No. 1581, AFL–CIO *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied. MR. JUSTICE WHITE and MR. JUSTICE BLACKMUN would grant certiorari. 

No. 74–176. JOHNSON ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied. MR. JUSTICE POWELL would grant certiorari. 

No. 74–251. LEVINSON ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. MR. JUSTICE DOUGLAS, MR. JUSTICE BLACKMUN, and MR. JUSTICE POWELL would grant certiorari. 

No. 74–298. PROCESS EQUIPMENT ENGINEERING Co., INC. *v.* TENNESSEE EASTMAN Co., A DIVISION OF EAST-MAN KODAK Co. C. A. 6th Cir. Certiorari denied. MR. JUSTICE POWELL took no part in the consideration or decision of this petition. 